UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23431-CIV-JEM

ENRIQUE PERERA GINER and all others
similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,
vs.

UNLIMITED ELECTRICAL
CONTRACTORS CORP.,
SALIM MOHAMMEDSHEHADEH,

        Defendants.
_____

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described Statement of Claim as follows:

**Federal Time-And-A-Half Overtime Wage Claim (12/12/16-8/4/17):**
Weeks: 33 (rounded down)
Overtime hours: 4
Amount of time-and-a- half overtime per hour not compensated: $27.00 (based on $18/hr.)
Total overtime wages unpaid and liquidated damages: $3,564 X 2 = $7,128.00, *exclusive of* **attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek *additional* time and one-half damages for any other completely unpaid overtime hours should the facts adduced in discover y justify same.

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

            By:_s/ Rivkah F. Jaff, Esq. ___
              Rivkah F. Jaff, Esquire
              Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 9/25/17 TO:**

**ALL CM/ECF RECIPIENTS**

  **BY:_____/s/ Rivkah F. Jaff_____**
    **RIVKAH F. JAFF, ESQ.**